1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTOFFER LEE (CABN 280360)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5595
7       FAX: (408) 535-5081
        christoffer.lee@usdoj.gov
8
   Attorneys for United States of America
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,           )  Case No. 5:21-mj-71523-MAG-1
14                                     )
          Plaintiff,                   )  STIPULATION AND PROTECTIVE ORDER
15                                     )
      v.                               )
16                                     )
   MARK DEHART,                        )
17                                     )
          Defendant.                   )
18                                     )

19
        With the agreement of the parties, the Court enters the following Protective Order:

20
        Defendant is charged with 18 U.S.C. § 922(g)(1)—Felon in Possession of Ammunition. Upon
21
receipt of a discovery request, the United States will produce documents and other materials pertaining
22
to the defendant and the charged offense to defense counsel. The discovery to be provided includes
23
documents or other materials falling into one or more of the following categories (collectively,
24
"Protected Information"):
25
        1. Personal Identifying Information of any individual (other than his or her name), including
26
           without limitation any person's date of birth, social security number, residence or business
27
           address, telephone numbers, email addresses, driver's license number, professional license
28

STIPULATION AND PROTECTIVE ORDER
5:21-mj-71523-MAG

number, family members names, or criminal histories ("Personal Identifying Information");

2. Financial information of any individual or business, including without limitation bank account numbers, credit or debit card numbers, account passwords, contact information, and taxpayer identification numbers ("Financial Information");

3. Medical records or other patient information of any individual covered by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) ("Medical Information");

4. Evidence related to Defendant's prior arrests involving domestic violence, including medical reports and photographs of the victim's injuries and materials that otherwise identify the victim.

The United States will identify discovery materials as Protected Information by marking such materials "CONFIDENTIAL– SUBJECT TO PROTECTIVE ORDER" or by providing written notice identifying discovery materials as Protected Information.

To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

**IT IS HEREBY ORDERED** that defense counsel of record, their investigators, assistants, employees, and independent contractors (collectively, "the Defense Team") may review with the defendant all discovery material produced by the government, but shall not provide a defendant with copies of, or permit defendant to make copies of, or have unsupervised access to, any discovery material produced by the government that contains Personal Identifying Information, Financial Information, and/or Medical Information, unless the Personal Identifying Information, Financial Information, and/or Medical Information has first been **entirely redacted** from the discovery materials.  The government and defense counsel are ordered to work together to ensure that these materials are protected, but that defendant has as much access to the materials as can be provided consistent with this Court's order. Discovery material that clearly pertains to a specific defendant and does not contain Protected Information regarding any other person (*e.g.*, defendant's own bank records, telephone records, and business records) may be provided to that defendant unredacted

The Defense Team may show witnesses Personal Identifying Information, Financial Information, and/or Medical Information in the course of preparing a defense if the witness, by reason of their

participation in the proceeding, would have seen or had reason to know such information.  Witnesses may only view Personal Identifying Information, Financial Information, and/or Medical Information in the presence of the Defense Team.

Defense counsel may also provide unredacted copies of Protected Information to any experts retained to assist with the preparation of the defense in the captioned case.  The defendant, all members of the defense team, and any experts who receive discovery under this Order shall be provided a copy of this Order along with those materials and shall initial and date the order reflecting their agreement to be bound by it.

The materials provided pursuant to this protective order may only be used for the specific purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

This Order shall also apply to any copies made of any materials covered by this Order.

**IT IS FURTHER ORDERED** that neither a defendant nor any member of the Defense Team shall provide any Protected Information produced by the government to any third party (*i.e.*, any person who is not a member of the defense team), except in the manner described above with respect to witnesses or experts, or make any public disclosure of the same, other than in a court filing, without the government's express written permission or further order of this Court.  If a party files a pleading that contains or attaches Protected Information subject to this Order, the Protected Information must be filed under seal.

**IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there are no pending appeals counsel for the defendant shall notify the government so that the government may request Protected Information subject to this Protective Order (including any copies) be returned to the United States or destroyed.  Upon request of the United States, counsel for defendant shall return or destroy materials subject to this Protective Order (including any copies) within 14 days, unless counsel for defendant can ensure that the Protected Information will continue being kept under the conditions specified in this Order.  To the extent the Defense Team maintains possession of the Protected Information, it agrees to do so under the conditions specified in this Order.  If counsel for defendant returns documents and materials subject to this Order to the United States, the United States shall

STIPULATION AND PROTECTIVE ORDER
5:21-mj-71523-MAG

1  maintain those documents and materials until the period for filing a motion under 28 U.S.C. § 2255 has
2  expired.  After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United
3  States is free to destroy documents and materials subject to this Order.  If defendant is represented by
4  counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the
5  documents and materials subject to this Protective Order under the terms of this Order.
6       This stipulation is without prejudice to either party applying to the Court to modify the terms of
7  any protective order.  This Court shall retain jurisdiction to modify this Order upon motion of either
8  party even after the conclusion of district court proceedings in this case.

10  **IT IS SO STIPULATED.**                    STEPHANIE M. HINDS
                                                 Acting United States Attorney

13  Dated: 12/9/2021                             /s/
                                                 **CHRISTOFFER LEE**
14                                               Assistant United States Attorney

16                                               /s/
                                                 **VARELL FULLER**
17                                               Counsel for Defendant **MARK DEHART**

19  **IT IS SO ORDERED.**

21  Dated: December 9, 2021



23                                               _____
                                                 **HONORABLE DONNA M. RYU**
24                                               United States Magistrate Judge

STIPULATION AND PROTECTIVE ORDER
5:21-mj-71523-MAG