# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK DEHART,<br><br>  Defendant. | Case No. 21-cr-71523 MAG<br><br>**PRETRIAL RELEASE REVOCATION ORDER; DETENTION ORDER; AND ORDER SETTING FURTHER HEARING**<br><br>Hearing: 12/22/2021 |

In accordance with the Bail Reform Act, on December 22, 2021, I held a hearing to determine whether defendant Mark Dehart had violated the conditions of his pretrial release as charged by Pretrial Services. The defendant appeared at the hearing via Zoom with attorney Assistant Federal Public Defender Severa Keith.

Under 18 U.S.C. §3148(b)(1)(B), I find that there is clear and convincing evidence that defendant violated his pretrial release conditions by using or possessing a controlled substance and failing to abide by the rules and regulations of the Pathways residential program, where he was terminated on December 17. I further find that Dehart presently is "unlikely to abide by any condition or combination of conditions of release." 18 U.S.C. §3148(b)(2)(B). Consequently, I order revocation of pretrial release and detention of the defendant. Dehart is ordered to self-report to Santa Rita Jail in Dublin, California, by today

12/22/2021 at 6:00 p.m. If he does not comply, I will issue an arrest warrant and may consider prosecution for contempt of court under 18 U.S.C. §3148(c).

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

    Finally, I continue the next bail status hearing from January 5, 2022, to February 4, 2022, at 2:00 p.m. before me via Zoom. The January 13 status hearing before the duty Magistrate Judge DeMarchi remains as previously set but will move to 2:00 p.m. that day.

    IT IS SO ORDERED.

Date: 12/22/2021

Nathanael M. Cousins
United States Magistrate Judge

cc: USM, Pretrial