**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK DEHART,<br><br>        Defendant. | Case No. 21-cr-71523 MAG<br><br>**PRETRIAL RELEASE REVOCATION ORDER; DETENTION ORDER; AND ORDER SETTING FURTHER HEARING**<br><br>Hearing: 4/1/2022 |

    In accordance with the Bail Reform Act, on April 1, 2022, I held a hearing to determine whether defendant Mark Dehart had violated the conditions of his pretrial release as charged by Pretrial Services. The defendant appeared at the hearing via Zoom with CJA attorney Jay Rorty.

    Under 18 U.S.C. §3148(b)(1)(B), I find that there is clear and convincing evidence that defendant violated his pretrial release conditions by being expelled from the Newbridge residential treatment program for failing to abide by the rules and regulations of Newbridge. I further find that Dehart presently is "unlikely to abide by any condition or combination of conditions of release" as this is the third residential program he has been terminated from in the last year. 18 U.S.C. §3148(b)(2)(B). Consequently, I order revocation of pretrial release and detention of the defendant.

1    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

   Finally, I set the next bail status hearing for May 4, 2022, at 1:30 p.m. in San Jose, before me in a courtroom to be determined. There is also an arraignment on information set for April 11, 2022, at 2:00 pm. by Zoom before the duty Magistrate Judge Virginia DeMarchi.

   IT IS SO ORDERED.

   Date: 4/1/2022

   _____
   Nathanael M. Cousins
   United States Magistrate Judge